```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 03071
   PAMELA D CALLOWAY
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2841


----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/12/08 .

   2.  The case was dismissed without confirmation, 03/14/2008.

----------------------------------------------------------------------------
CREDITOR NAME                 CLASS        CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                              PAID        PAID
----------------------------------------------------------------------------

         Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED        OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00          .00          .00
PRINCIPAL PAID          .00         .00          .00          .00          .00
INTEREST PAID           .00         .00          .00          .00          .00
TOTAL PAID              .00         .00          .00          .00          .00
The Debtor's attorney, MICHAEL WHITE                , was allowed $       .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $      .00 .




   Dated: 06/25/08            /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
     CASE NO. 08 B 03071 PAMELA D CALLOWAY
```